# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JERRY J. ELLIS,                                                                                     PLAINTIFF
ADC #78658

v.                            5:16CV00010-JM

LARRY MAY, Ex Deputy-Director,
Arkansas Department of Correction; *et al.*                             DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 7th day of October, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE